LILLIAN MUSTOR, Appellant, v. GLENS FALLS INDEMNITY COMPANY, Respondent. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and grant new trial on the ground that there were issues raised for the jury.

ESSIE MAE MYER, Plaintiff, v. CHARLES E. FENNER and Others, Defendants. In the Matter of the Application of ESSIE MAE MYER, Appellant, for an Order Requiring MILTON SOLOMON, Respondent, to Execute to the Defendants in the Above-noted Action, a Release or Withdrawal of His Alleged Claim of Lien in the Above-noted Action.— Order unanimously modified by directing that the matter be referred to an official referee to determine whether any lien existed, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

VING FULLER, Respondent, v. OLE OLSEN and CHIC JOHNSON, Doing Business under the Firm Name and Style of OLSEN & JOHNSON, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of LILLIE CAPEK, Owner, for an Order Directing EDWARD DEL VECCHIO, Lienor, to Furnish an Itemized Statement of Labor and Materials, etc., Pursuant to Section 38 of the Lien Law of the State of New York. NORMAN BRAVERMAN, Appellant; LILLIE CAPEK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JAMES J. HURLEY and Others, Appellants, v. JOHN MOLLOY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

CLINTON TRUST COMPANY, Appellant, v. COMPANIA AZUCARERA CENTRAL RAMONA S. A., Also Known as RAMONA SUGAR COMPANY, Respondent. CLINTON TRUST COMPANY, Appellant, v. COMPANIA AZUCARERA CENTRAL MABAY S. A., Also Known as MABAY SUGAR COMPANY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [See post, p. 886.]

In the Matter of the Application of GAETANO VECCHIOTTI, Royal Italian Consul at New York, on Behalf of MARIA VENUTI and Others, Next of Kin of MATTEO CASTORINO, Also Known as MATTHEW CASTORINO, Deceased, for the Sale of the Real Property of the Said Decedent for Purposes of Distribution, Petitioners, Respondents. GIOVANNI CASTORINO, as Administrator, etc., of MATTEO CASTORINO, Also Known as MATTHEW CASTORINO, Appellant; MARIE CASTORINO and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.